UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAKEWOOD SHORES HOMEOWNERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, et al.,<br><br>Defendants. | CASE NO. 18-1353MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Defendants Indian Harbor Insurance Company's ("Indian Harbor") and Certain Underwriters at Lloyds, London's ("Underwriters") Motion for Reconsideration and Request for Certification for Interlocutory Appeal. (Dkt. No. 30.) Indian Harbor and Underwriters request that the Court reconsider its December 14, 2018 order denying their Motion to Dismiss. (Dkt. No. 28.)

| | |
|---|---|
| 1 | Pursuant to Local Rule 7(h)(3), the Court requests that Plaintiff respond to the Motion for |
| 2 | Reconsideration. Plaintiff's response shall be filed no later than ten (10) days from the date of |
| 3 | this Order, and shall not exceed ten (10) pages in length. |
| 4 | The clerk is ordered to provide copies of this order to all counsel. |
| 5 | Filed December 28, 2018. |

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk