|   |   |   |
|---|---|---|
| 1 | | HONORABLE MARSHA J. PECHMAN |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAKEWOOD SHORES HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>                    Plaintiff,<br><br>      v.<br><br>CONTINENTAL CASUALTY COMPANY; EAGLE WEST INSURANCE COMPANY; GREAT LAKES INSURANCE, SE; INDIAN HARBOR INSURANCE COMPANY; and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, each for his/her own part and not for one another, subscribing to Policy No. GEP3187,<br><br>                    Defendants.<br>. | NO. 2:18-CV-01353-MJP<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>**April 30, 2019** |

## O<small>RDER OF</small> D<small>ISMISSAL</small>

This matter came before the Court on the parties' stipulation for dismissal. On the basis of the parties' representations, the Court DISMISSES this action with prejudice and without costs.

DATED this 30th day of April, 2019.

Marsha J. Pechman
United States District Judge

///
///
///

Presented by:

ASHBAUGH BEAL

By s/ Jesse D. Miller
　　Jesse D. Miller, WSBA #35837
　　jmiller@ashbaughbeal.com
　　Zachary O. McIsaac, WSBA #35833
　　zmcisaac@ashbaughbeal.com
　　Attorneys for Lakewood Shores
　　Homeowners Association

LANE POWELL PC

By s/ Stephania C. Denton
　　Stephania C. Denton, WSBA #21920
　　dentons@lanepowell.com
　　David M. Schoeggl, WSBA #13638
　　schoeggld@lanepowell.com
　　Attorneys for Indian Harbor Insurance
　　Company and Certain Underwriters at
　　Lloyd's, London